# EXHIBIT D



Kathy D. Patrick
kpatrick@gibbsbruns.com
713.751.5253

June 23, 2011

BNY Mellon, Trustee
c/o Mr. Robert Bailey
One Wall Street
New York, NY

Re: Proposed Settlement of Claims by Certain Countrywide-issued RMBS Trusts

Dear Mr. Bailey:

Gibbs & Bruns LLP has been retained by the institutions listed on the attached Exhibit "A" to act on their behalf to pursue contract claims arising from Pooling and Servicing Agreements (PSAs) governing residential mortgage-backed securities trusts issued by affiliates of Countrywide Home Loans, Inc. or Countrywide Financial Corporation (collectively the "Countrywide RMBS Trusts" or "Trusts"). Specifically, our clients retained us to pursue repurchase claims relating to ineligible Mortgage Loans[1] securitized in the Trusts and claims relating to deficient servicing of those Mortgage Loans by Bank of America Home Loan Servicing, L.P., the Master Servicer (collectively, the "Trust Claims"). Our clients have previously advised you that they hold Voting Rights in 502 of the 530 Trusts listed on Exhibit "B." BNY Mellon serves as Trustee for these Trusts.

We, and our clients, understand that Bank of America Corporation, Countrywide and the Master Servicer are willing to settle the Trust Claims for *all* of the CW RMBS Trusts listed on Exhibit B. The terms of the proposed settlement are described in full in the attached final for execution copy of the Settlement Agreement. Our clients participated in negotiating this settlement by and through their counsel.

---

[1] Unless otherwise indicated, capitalized terms have the meaning assigned to them in the relevant PSAs.

Letter to BNY Mellon, Trustee
June 23, 2011
-2-

On behalf of all of our clients except Freddie Mac,[2] we ask BNY to exercise its independent business judgment to accept the settlement on the Trusts' behalf. Though this is not a binding instruction from our clients, our clients believe the settlement is in the best interests of all of the Trusts included in the settlement, so they urge the Trustee to accept it.

Very truly yours,

*[signature]*

Kathy Patrick

cc:  Mr. Stephen Ahrens (Blackrock)
Mr. Cory Nass (Kore Advisors)
Ms. Stephanie Heller (Federal Reserve Bank of New York)
Mr. Kevin Finnegan (MetLife)
Mr. Sean Plater (TCW)
Mr. Paul deFrancisci (Neuberger Berman Europe Limited)
Mr. Rick LeBrun (PIMCO)
Mr. Francis Chlapowski (Goldman Sachs Asset Management)
Mr. Duane Nelson (TIAA-CREF)
Mr. Jeffrey Kupor (Invesco)
Ms. Tina Smith (Thrivent Financial)
Mr. Frank Damerow (LBBW)
Mr. Steffen Nies (LBBW Asset Management (Ireland) plc, Dublin)
Ms. Kristine Wellman (ING Bank fsb)
Mr. Tim Meehan (ING Capital LLC)
Mr. Paul Howell (ING Investment Management LLC)
Ms. Maureen Cronin (New York Life)
Ms. Marie Malloy (Nationwide Mutual Insurance Company)
Mr. Clint Woods (AEGON USA)
Mr. Reggie O'Shields (Federal Home Loan Bank of Atlanta)
Ms. Lorraine Briganti (Bayerische Landesbank)
Mr. Robert Lawrence (Prudential Investment Management, Inc.)
Mr. Stephen Venable (Western Asset Management Company)
Mr. Robert Bostrom (Freddie Mac)

---

[2] Freddie Mac takes no position at this time concerning our request that the Trustee accept the settlement. Final decision-making authority concerning Freddie Mac's assets resides in its Conservator, the Federal Housing Finance Administration (FHFA).

## Exhibit "A" – List of Clients of Gibbs & Bruns LLP

1. BlackRock Financial Management Inc. and its advisory affiliates
2. Kore Advisors, L.P.
3. Maiden Lane, LLC; Maiden Lane II, LLC; and Maiden Lane III, LLC by Federal Reserve Bank of New York, as managing member
4. Metropolitan Life Insurance Company
5. Trust Company of the West and affiliated companies controlled by The TCW Group, Inc.
6. Neuberger Berman Europe Limited
7. PIMCO Investment Management Company LLC
8. Goldman Sachs Asset Management, L.P., as adviser to its funds and accounts
9. Teachers Insurance and Annuity Association of America
10. Invesco Advisers, Inc.
11. Thrivent Financial for Lutherans
12. Landesbank Baden-Wuerttemberg
13. LBBW Asset Management (Ireland) plc, Dublin
14. ING Bank fsb
15. ING Capital LLC
16. ING Investment Management LLC
17. New York Life Investment Management LLC, as investment manager
18. Nationwide Mutual Insurance Company and its affiliated companies
19. AEGON USA Investment Management LLC, authorized signatory for Transamerica Life Insurance Company, AEGON Financial Assurance Ireland Limited, Transamerica Life International (Bermuda) Ltd., Monumental Life Insurance Company, Transamerica Advisors Life Insurance Company, AEGON Global Institutional Markets, plc, LIICA Re II, Inc.; Pine Falls Re, Inc., Transamerica Financial Life Insurance Company, Stonebridge Life Insurance Company, and Western Reserve Life Assurance Co. of Ohio.
20. Federal Home Loan Bank of Atlanta
21. Bayerische Landesbank, acting through its New York Branch
22. Prudential Investment Management, Inc.
23. Western Asset Management Company
24. Federal Home Loan Mortgage Corporation

Exhibit "B" – List of Covered Trusts

| | | |
|---|---|---|
| CWALT 2004-10CB | CWALT 2005-18CB | CWALT 2005-65CB |
| CWALT 2004-12CB | CWALT 2005-1CB | CWALT 2005-66 |
| CWALT 2004-13CB | CWALT 2005-2 | CWALT 2005-67CB |
| CWALT 2004-14T2 | CWALT 2005-20CB | CWALT 2005-69 |
| CWALT 2004-15 | CWALT 2005-21CB | CWALT 2005-6CB |
| CWALT 2004-16CB | CWALT 2005-23CB | CWALT 2005-70CB |
| CWALT 2004-17CB | CWALT 2005-24 | CWALT 2005-71 |
| CWALT 2004-18CB | CWALT 2005-25T1 | CWALT 2005-72 |
| CWALT 2004-20T1 | CWALT 2005-26CB | CWALT 2005-73CB |
| CWALT 2004-22CB | CWALT 2005-27 | CWALT 2005-74T1 |
| CWALT 2004-24CB | CWALT 2005-28CB | CWALT 2005-75CB |
| CWALT 2004-25CB | CWALT 2005-29CB | CWALT 2005-76 |
| CWALT 2004-26T1 | CWALT 2005-30CB | CWALT 2005-77T1 |
| CWALT 2004-27CB | CWALT 2005-31 | CWALT 2005-79CB |
| CWALT 2004-28CB | CWALT 2005-32T1 | CWALT 2005-7CB |
| CWALT 2004-29CB | CWALT 2005-33CB | CWALT 2005-80CB |
| CWALT 2004-2CB | CWALT 2005-34CB | CWALT 2005-82 |
| CWALT 2004-30CB | CWALT 2005-35CB | CWALT 2005-83CB |
| CWALT 2004-32CB | CWALT 2005-36 | CWALT 2005-84 |
| CWALT 2004-33 | CWALT 2005-37T1 | CWALT 2005-85CB |
| CWALT 2004-34T1 | CWALT 2005-38 | CWALT 2005-86CB |
| CWALT 2004-35T2 | CWALT 2005-3CB | CWALT 2005-9CB |
| CWALT 2004-36CB | CWALT 2005-4 | CWALT 2005-AR1 |
| CWALT 2004-3T1 | CWALT 2005-40CB | CWALT 2005-IM1 |
| CWALT 2004-4CB | CWALT 2005-41 | CWALT 2005-J10 |
| CWALT 2004-5CB | CWALT 2005-42CB | CWALT 2005-J11 |
| CWALT 2004-6CB | CWALT 2005-43 | CWALT 2005-J12 |
| CWALT 2004-7T1 | CWALT 2005-44 | CWALT 2005-J13 |
| CWALT 2004-8CB | CWALT 2005-45 | CWALT 2005-J14 |
| CWALT 2004-9T1 | CWALT 2005-46CB | CWALT 2005-J3 |
| CWALT 2004-J10 | CWALT 2005-47CB | CWALT 2005-J4 |
| CWALT 2004-J11 | CWALT 2005-48T1 | CWALT 2005-J5 |
| CWALT 2004-J12 | CWALT 2005-49CB | CWALT 2005-J6 |
| CWALT 2004-J13 | CWALT 2005-50CB | CWALT 2005-J7 |
| CWALT 2004-J2 | CWALT 2005-51 | CWALT 2005-J8 |
| CWALT 2004-J3 | CWALT 2005-53T2 | CWALT 2005-J9 |
| CWALT 2004-J5 | CWALT 2005-54CB | CWALT 2006-11CB |
| CWALT 2004-J6 | CWALT 2005-55CB | CWALT 2006-12CB |
| CWALT 2004-J7 | CWALT 2005-56 | CWALT 2006-13T1 |
| CWALT 2004-J8 | CWALT 2005-57CB | CWALT 2006-14CB |
| CWALT 2004-J9 | CWALT 2005-58 | CWALT 2006-15CB |
| CWALT 2005-10CB | CWALT 2005-59 | CWALT 2006-16CB |
| CWALT 2005-11CB | CWALT 2005-60T1 | CWALT 2006-17T1 |
| CWALT 2005-14 | CWALT 2005-61 | CWALT 2006-18CB |
| CWALT 2005-16 | CWALT 2005-63 | CWALT 2006-19CB |
| CWALT 2005-17 | CWALT 2005-64CB | CWALT 2006-20CB |

| | | |
|---|---|---|
| CWALT 2006-21CB | CWALT 2006-OA14 | CWALT 2007-9T1 |
| CWALT 2006-23CB | CWALT 2006-OA16 | CWALT 2007-AL1 |
| CWALT 2006-24CB | CWALT 2006-OA17 | CWALT 2007-HY2 |
| CWALT 2006-25CB | CWALT 2006-OA18 | CWALT 2007-HY3 |
| CWALT 2006-26CB | CWALT 2006-OA2 | CWALT 2007-HY4 |
| CWALT 2006-27CB | CWALT 2006-OA21 | CWALT 2007-HY6 |
| CWALT 2006-28CB | CWALT 2006-OA22 | CWALT 2007-HY7C |
| CWALT 2006-29T1 | CWALT 2006-OA3 | CWALT 2007-HY8C |
| CWALT 2006-2CB | CWALT 2006-OA6 | CWALT 2007-HY9 |
| CWALT 2006-30T1 | CWALT 2006-OA7 | CWALT 2007-J2 |
| CWALT 2006-31CB | CWALT 2006-OA8 | CWALT 2007-OA11 |
| CWALT 2006-32CB | CWALT 2006-OA9 | CWALT 2007-OA2 |
| CWALT 2006-33CB | CWALT 2006-OC1 | CWALT 2007-OA3 |
| CWALT 2006-34 | CWALT 2006-OC10 | CWALT 2007-OA4 |
| CWALT 2006-35CB | CWALT 2006-OC11 | CWALT 2007-OA6 |
| CWALT 2006-36T2 | CWALT 2006-OC2 | CWALT 2007-OA7 |
| CWALT 2006-39CB | CWALT 2006-OC3 | CWALT 2007-OA8 |
| CWALT 2006-40T1 | CWALT 2006-OC4 | CWALT 2007-OA9 |
| CWALT 2006-41CB | CWALT 2006-OC5 | CWALT 2007-OH1 |
| CWALT 2006-42 | CWALT 2006-OC6 | CWALT 2007-OH2 |
| CWALT 2006-43CB | CWALT 2006-OC7 | CWALT 2007-OH3 |
| CWALT 2006-45T1 | CWALT 2006-OC8 | CWHEL 2006-A |
| CWALT 2006-46 | CWALT 2006-OC9 | CWHEL 2007-G |
| CWALT 2006-4CB | CWALT 2007-10CB | CWHL 2004-11 |
| CWALT 2006-5T2 | CWALT 2007-11T1 | CWHL 2004-12 |
| CWALT 2006-6CB | CWALT 2007-12T1 | CWHL 2004-13 |
| CWALT 2006-7CB | CWALT 2007-13 | CWHL 2004-14 |
| CWALT 2006-8T1 | CWALT 2007-14T2 | CWHL 2004-15 |
| CWALT 2006-9T1 | CWALT 2007-16CB | CWHL 2004-16 |
| CWALT 2006-HY10 | CWALT 2007-17CB | CWHL 2004-18 |
| CWALT 2006-HY11 | CWALT 2007-18CB | CWHL 2004-19 |
| CWALT 2006-HY12 | CWALT 2007-19 | CWHL 2004-2 |
| CWALT 2006-HY13 | CWALT 2007-1T1 | CWHL 2004-20 |
| CWALT 2006-HY3 | CWALT 2007-20 | CWHL 2004-21 |
| CWALT 2006-J1 | CWALT 2007-21CB | CWHL 2004-22 |
| CWALT 2006-J2 | CWALT 2007-22 | CWHL 2004-23 |
| CWALT 2006-J3 | CWALT 2007-23CB | CWHL 2004-24 |
| CWALT 2006-J4 | CWALT 2007-24 | CWHL 2004-25 |
| CWALT 2006-J5 | CWALT 2007-25 | CWHL 2004-29 |
| CWALT 2006-J6 | CWALT 2007-2CB | CWHL 2004-3 |
| CWALT 2006-J7 | CWALT 2007-3T1 | CWHL 2004-5 |
| CWALT 2006-J8 | CWALT 2007-4CB | CWHL 2004-6 |
| CWALT 2006-OA1 | CWALT 2007-5CB | CWHL 2004-7 |
| CWALT 2006-OA10 | CWALT 2007-6 | CWHL 2004-HYB1 |
| CWALT 2006-OA11 | CWALT 2007-7T2 | CWHL 2004-HYB2 |
| CWALT 2006-OA12 | CWALT 2007-8CB | CWHL 2004-HYB3 |

| | | |
|---|---|---|
| CWHL 2004-HYB4 | CWHL 2005-HYB8 | CWHL 2007-2 |
| CWHL 2004-HYB5 | CWHL 2005-HYB9 | CWHL 2007-20 |
| CWHL 2004-HYB6 | CWHL 2005-J1 | CWHL 2007-21 |
| CWHL 2004-HYB7 | CWHL 2005-J2 | CWHL 2007-3 |
| CWHL 2004-HYB8 | CWHL 2005-J3 | CWHL 2007-4 |
| CWHL 2004-HYB9 | CWHL 2005-J4 | CWHL 2007-5 |
| CWHL 2004-J2 | CWHL 2006-1 | CWHL 2007-6 |
| CWHL 2004-J3 | CWHL 2006-10 | CWHL 2007-7 |
| CWHL 2004-J4 | CWHL 2006-11 | CWHL 2007-8 |
| CWHL 2004-J5 | CWHL 2006-12 | CWHL 2007-9 |
| CWHL 2004-J6 | CWHL 2006-13 | CWHL 2007-HY1 |
| CWHL 2004-J7 | CWHL 2006-14 | CWHL 2007-HY3 |
| CWHL 2004-J8 | CWHL 2006-15 | CWHL 2007-HY4 |
| CWHL 2004-J9 | CWHL 2006-16 | CWHL 2007-HY5 |
| CWHL 2005-1 | CWHL 2006-17 | CWHL 2007-HY6 |
| CWHL 2005-10 | CWHL 2006-18 | CWHL 2007-HY7 |
| CWHL 2005-11 | CWHL 2006-19 | CWHL 2007-HYB1 |
| CWHL 2005-12 | CWHL 2006-20 | CWHL 2007-HYB2 |
| CWHL 2005-13 | CWHL 2006-21 | CWHL 2007-J1 |
| CWHL 2005-14 | CWHL 2006-3 | CWHL 2007-J2 |
| CWHL 2005-16 | CWHL 2006-6 | CWHL 2007-J3 |
| CWHL 2005-17 | CWHL 2006-8 | CWHL 2008-1 |
| CWHL 2005-18 | CWHL 2006-9 | CWL 2004-1 |
| CWHL 2005-2 | CWHL 2006-HYB1 | CWL 2004-11 |
| CWHL 2005-20 | CWHL 2006-HYB2 | CWL 2004-14 |
| CWHL 2005-21 | CWHL 2006-HYB3 | CWL 2004-2 |
| CWHL 2005-22 | CWHL 2006-HYB4 | CWL 2004-3 |
| CWHL 2005-23 | CWHL 2006-HYB5 | CWL 2004-4 |
| CWHL 2005-25 | CWHL 2006-J1 | CWL 2004-5 |
| CWHL 2005-26 | CWHL 2006-J2 | CWL 2004-6 |
| CWHL 2005-27 | CWHL 2006-J3 | CWL 2004-7 |
| CWHL 2005-28 | CWHL 2006-J4 | CWL 2004-AB2 |
| CWHL 2005-29 | CWHL 2006-OA4 | CWL 2004-BC2 |
| CWHL 2005-3 | CWHL 2006-OA5 | CWL 2004-BC3 |
| CWHL 2005-30 | CWHL 2006-TM1 | CWL 2004-BC4 |
| CWHL 2005-31 | CWHL 2007-1 | CWL 2004-BC5 |
| CWHL 2005-7 | CWHL 2007-10 | CWL 2004-ECC1 |
| CWHL 2005-9 | CWHL 2007-11 | CWL 2004-ECC2 |
| CWHL 2005-HY10 | CWHL 2007-12 | CWL 2004-S1 |
| CWHL 2005-HYB1 | CWHL 2007-13 | CWL 2004-SD2 |
| CWHL 2005-HYB2 | CWHL 2007-14 | CWL 2004-SD3 |
| CWHL 2005-HYB3 | CWHL 2007-15 | CWL 2004-SD4 |
| CWHL 2005-HYB4 | CWHL 2007-16 | CWL 2005-10 |
| CWHL 2005-HYB5 | CWHL 2007-17 | CWL 2005-2 |
| CWHL 2005-HYB6 | CWHL 2007-18 | CWL 2005-5 |
| CWHL 2005-HYB7 | CWHL 2007-19 | CWL 2005-6 |

| | | |
|---|---|---|
| CWL 2005-8 | CWL 2006-SD2 | CWL 2004-9 |
| CWL 2005-9 | CWL 2006-SD3 | CWL 2004-AB1 |
| CWL 2005-AB1 | CWL 2006-SD4 | CWL 2005-1 |
| CWL 2005-AB2 | CWL 2006-SPS1 | CWL 2005-11 |
| CWL 2005-AB3 | CWL 2006-SPS2 | CWL 2005-12 |
| CWL 2005-AB4 | CWL 2007-10 | CWL 2005-13 |
| CWL 2005-AB5 | CWL 2007-11 | CWL 2005-14 |
| CWL 2005-BC1 | CWL 2007-12 | CWL 2005-15 |
| CWL 2005-BC2 | CWL 2007-3 | CWL 2005-16 |
| CWL 2005-BC3 | CWL 2007-5 | CWL 2005-17 |
| CWL 2005-BC4 | CWL 2007-6 | CWL 2005-3 |
| CWL 2005-BC5 | CWL 2007-7 | CWL 2005-4 |
| CWL 2005-IM1 | CWL 2007-8 | CWL 2005-7 |
| CWL 2005-IM2 | CWL 2007-9 | CWL 2006-11 |
| CWL 2005-IM3 | CWL 2007-BC1 | CWL 2006-13 |
| CWL 2005-SD1 | CWL 2007-BC2 | CWL 2006-15 |
| CWL 2005-SD2 | CWL 2007-BC3 | CWL 2006-21 |
| CWL 2005-SD3 | CWL 2007-SD1 | CWL 2006-22 |
| CWL 2006-1 | CWL 2007-SEA1 | CWL 2006-23 |
| CWL 2006-10 | CWL 2007-SEA2 | CWL 2006-26 |
| CWL 2006-12 | CWALT 2004-J4 | CWL 2007-1 |
| CWL 2006-14 | CWALT 2005-13CB | CWL 2007-13 |
| CWL 2006-16 | CWALT 2005-19CB | CWL 2007-2 |
| CWL 2006-17 | CWALT 2005-22T1 | CWL 2007-4 |
| CWL 2006-18 | CWALT 2005-52CB | |
| CWL 2006-19 | CWALT 2005-62 | |
| CWL 2006-2 | CWALT 2005-81 | |
| CWL 2006-20 | CWALT 2005-J1 | |
| CWL 2006-24 | CWALT 2005-J2 | |
| CWL 2006-25 | CWALT 2006-OA19 | |
| CWL 2006-3 | CWALT 2007-15CB | |
| CWL 2006-4 | CWALT 2007-J1 | |
| CWL 2006-5 | CWALT 2007-OA10 | |
| CWL 2006-6 | CWHL 2004-10 | |
| CWL 2006-7 | CWHL 2004-4 | |
| CWL 2006-8 | CWHL 2004-8 | |
| CWL 2006-9 | CWHL 2004-9 | |
| CWL 2006-ABC1 | CWHL 2005-15 | |
| CWL 2006-BC1 | CWHL 2005-24 | |
| CWL 2006-BC2 | CWHL 2005-5 | |
| CWL 2006-BC3 | CWHL 2005-6 | |
| CWL 2006-BC4 | CWL 2004-10 | |
| CWL 2006-BC5 | CWL 2004-12 | |
| CWL 2006-IM1 | CWL 2004-13 | |
| CWL 2006-QH1 | CWL 2004-15 | |
| CWL 2006-SD1 | CWL 2004-8 | |