UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), BlackRock Financial Management Inc. (intervenor), Kore Advisors, L.P. (intervenor), Maiden Lane, LLC (intervenor), Maiden Lane II, LLC (intervenor), Maiden Lane III, LLC (intervenor), Metropolitan Life Insurance Company (intervenor), Trust Company of the West and affiliated companies controlled by The TCW Group, Inc. (intervenor), Neuberger Berman Europe Limited (intervenor), Pacific Investment Management Company LLC (intervenor), Goldman Sachs Asset Management, L.P. (intervenor), Teachers Insurance and Annuity Association of America (intervenor), Invesco Advisers, Inc. (intervenor), Thrivent Financial for Lutherans (intervenor), Landesbank BadenWuerttemberg (intervenor), LBBW Asset Management (Ireland) plc, Dublin (intervenor), ING Bank fsb (intervenor), ING Capital LLC (intervenor), ING Investment Management LLC (intervenor), New York Life Investment Management LLC (intervenor), Nationwide Mutual Insurance Company and its affiliated companies (intervenor), AEGON USA Investment Management LLC, authorized signatory for Transamerica Life Insurance Company, AEGON Financial Assurance Ireland Limited, Transamerica Life International (Bermuda) Ltd., Monumental Life Insurance Company, Transamerica Advisors Life Insurance Company, AEGON Global Institutional Markets, plc, LIICA Re II, Inc., Pine Falls Re, Inc., Transamerica Financial Life Insurance Company, Stonebridge Life Insurance Company, and Western Reserve Life Assurance Co. of Ohio (intervenor), Federal Home Loan Bank of Atlanta (intervenor), Bayerische Landesbank (intervenor), Prudential Investment Management, Inc. (intervenor), and Western Asset Management Company (intervenor),

       Petitioners,

 -against-

[VARIOUS INTERVENORS AND PROPOSED INTERVENORS],

       Respondents,

for an order pursuant to CPLR § 7701 seeking judicial instructions and approval of a proposed settlement.
--------------------------------------------------------------------------X

Docket No.: 11-CIV-5988

**OBJECTION IN THE FORM OF A REQUEST FOR MORE INFORMATION**

- 1 -

The investors listed on Exhibit 1 (the "Clients") to this Objection in the Form of a Request for More Information (the "Request"), by and through their attorneys, Peter N. Tsapatsaris, LLC and Talcott Franklin P.C.,[1] submit this Request, pursuant to New York Supreme Court Orders dated June 29, 2011 and August 5, 2011 (the "Court Orders"), to protect their investments in the trusts listed on Exhibit 2 (which are included in the Proposed Settlement Agreement[2]) and to obtain basic information needed to evaluate the Proposed Settlement Agreement before the Court Orders' August 30, 2011 deadline for filing objections. A Notice of Removal for this case was filed on August 26, 2011. In an abundance of caution, the Clients are filing this Request in both State and Federal Court. The Clients respectfully state as follows:

**THE NEED FOR INFORMATION TO PROPERLY EVALUATE SETTLEMENT**

1.      The Clients seek additional information to evaluate the Proposed Settlement Agreement, which includes a review of the information upon which the Trustee based its decision to enter into the Proposed Settlement Agreement and clarification regarding the meaning of the provisions of the Proposed Settlement Agreement, including, but not limited to the scope and nature of the releases granted in the Proposed Settlement Agreement and any related Orders of the Court. Further, the Clients seek to determine whether the Trustee acted in good faith as to the

---

[1] *Pro hac vice* motion to be filed.

[2] On June 28, 2011, The Bank of New York Mellon (f/k/a The Bank of New York), in its capacity as trustee or indenture trustee of certain mortgage-securitization trusts identified herein ("BNYM" or the "Trustee"), and Bank of America Corporation ("BAC"), and BAC Home Loans Servicing, LP ("BAC HLS") (collectively, "Bank of America") and Countrywide Financial Corporation ("CFC") and Countrywide Home Loans, Inc. ("CHL") (collectively, "Countrywide") entered into a settlement agreement (the "Proposed Settlement Agreement").

certificateholders.  Consistent with the discovery-related Court Order dated August 5, 2011, modifying the Court Order to Show Cause dated June 29, 2011, the Clients will seek to confer with other parties and potentially interested persons during the week of September 5, 2011 regarding the scope of and schedule for discovery and appear before the Court to address these issues at the scheduled place and time.

### OBJECTIONS TO THE PROPOSED SETTLEMENT AGREEMENT

2.     This Request constitutes a written notice of intention to appear and object as provided in the Court Orders.  The Clients do not have enough information to evaluate the Proposed Settlement Agreement, and may seek discovery and supplement this Objection with additional objections as provided in the August 5, 2011 Court Order.

## RELIEF REQUESTED

WHEREFORE, the Clients respectfully request that the Court allow the Clients to obtain the additional information required to evaluate the Proposed Settlement Agreement and grant the Clients such additional and further relief to which they may be entitled.

Dated: August 29, 2011                                  Respectfully Submitted,


/s Peter N. Tsapatsaris
Peter N. Tsapatsaris (PT4269)
PETER N. TSAPATSARIS, LLC
*Attorneys for the Clients Listed on Exhibit 1*
200 East 33rd Street
27th Floor, Suite D
New York, NY 10016
Office: (646) 490-7795
peter@pntlaw.com

OF COUNSEL:

Talcott J. Franklin[*]
Sheri Deterling[**]
TALCOTT FRANKLIN P.C.
208 North Market Street
Suite 200
Dallas, Texas 75202
214.736.8730 phone
877.577.1356 facsimile
tal@talcottfranklin.com
sheri@talcottfranklin.com

* Licensed only in North Carolina, South Carolina (inactive), and Texas.  Pro hac vice application to be submitted.
** Licensed only in Washington (inactive) and Texas.  Pro hac vice application to be submitted.

# EXHIBIT 1

Case 1:11-cv-05988-WHP   Document 5   Filed 08/29/11   Page 5 of 11

# EXHIBIT 1

American Equity Investment Life Insurance Company
American Equity Investment Life Insurance Company of New York
Amici Associates, L.P.
Amici Fund International, Ltd.
Amici Qualified Associates, L.P.
Cedar Hill Capital Partners, LLC
Cedar Hill Mortgage Fund GP, LLC
Cedar Hill Mortgage Opportunity Master Fund, LP
Declaration Management & Research LLC
Doubleline Capital LP
First Bank
First Financial of Maryland Federal Credit Union
First National Bank & Trust Co. of Rochelle, Illinois
First National Banking Company
First Penn-Pacific Life Insurance Company
Kerndt Brothers Savings Bank
Lea County State Bank
LibreMax Capital, LLC
Lincoln Investment Solutions, Inc.
Lincoln Life & Annuity Company of New York
Lincoln National Reinsurance Company (Barbados) Limited
LL Funds LLC
Manichaean Capital, LLC
NexBank, SSB
NCMIC Group, Inc.
NCMIC Insurance Company
Peoples Independent Bank
Radian Asset Assurance Inc.
Taconic Capital Advisors L.P.
The Collectors' Fund, L.P.
The Lincoln National Life Insurance Company
Thomaston Savings Bank
Valley National Bank

# EXHIBIT 2

Case 1:11-cv-05988-WHP   Document 5   Filed 08/29/11   Page 7 of 11

# EXHIBIT 2

The entities listed in Exhibit 1 have holdings in or investment authority over holdings in the following trusts:

| | | |
|---|---|---|
| CWALT 2004-15 | CWALT 2005-9CB | CWALT 2006-OA1 |
| CWALT 2004-16CB | CWALT 2005-J1 | CWALT 2006-OA12 |
| CWALT 2004-28CB | CWALT 2005-J10 | CWALT 2006-OA16 |
| CWALT 2004-29CB | CWALT 2005-J11 | CWALT 2006-OA17 |
| CWALT 2004-2CB | CWALT 2005-J12 | CWALT 2006-OA19 |
| CWALT 2004-30CB | CWALT 2005-J13 | CWALT 2006-OA6 |
| CWALT 2004-33 | CWALT 2005-J14 | CWALT 2006-OA9 |
| CWALT 2004-34T1 | CWALT 2005-J2 | CWALT 2006-OC3 |
| CWALT 2004-4CB | CWALT 2005-J7 | CWALT 2007-11T1 |
| CWALT 2004-J7 | CWALT 2005-J9 | CWALT 2007-12T1 |
| CWALT 2004-J9 | CWALT 2006-11CB | CWALT 2007-15CB |
| CWALT 2005-10CB | CWALT 2006-12CB | CWALT 2007-16CB |
| CWALT 2005-13CB | CWALT 2006-15CB | CWALT 2007-17CB |
| CWALT 2005-19CB | CWALT 2006-16CB | CWALT 2007-18CB |
| CWALT 2005-1CB | CWALT 2006-18CB | CWALT 2007-19 |
| CWALT 2005-20CB | CWALT 2006-19CB | CWALT 2007-21CB |
| CWALT 2005-21CB | CWALT 2006-21CB | CWALT 2007-22 |
| CWALT 2005-22T1 | CWALT 2006-23CB | CWALT 2007-24 |
| CWALT 2005-25T1 | CWALT 2006-24CB | CWALT 2007-2CB |
| CWALT 2005-26CB | CWALT 2006-26CB | CWALT 2007-3T1 |
| CWALT 2005-28CB | CWALT 2006-28CB | CWALT 2007-4CB |
| CWALT 2005-29CB | CWALT 2006-29T1 | CWALT 2007-6 |
| CWALT 2005-30CB | CWALT 2006-30T1 | CWALT 2007-7T2 |
| CWALT 2005-34CB | CWALT 2006-31CB | CWALT 2007-8CB |
| CWALT 2005-3CB | CWALT 2006-32CB | CWALT 2007-9T1 |
| CWALT 2005-40CB | CWALT 2006-33CB | CWALT 2007-HY4 |
| CWALT 2005-44 | CWALT 2006-34 | CWALT 2007-J1 |
| CWALT 2005-46CB | CWALT 2006-36T2 | CWALT 2007-J2 |
| CWALT 2005-47CB | CWALT 2006-39CB | CWALT 2007-OA2 |
| CWALT 2005-51 | CWALT 2006-40T1 | CWALT 2007-OA9 |
| CWALT 2005-53T2 | CWALT 2006-41CB | CWALT 2007-OH3 |
| CWALT 2005-54CB | CWALT 2006-43CB | CWHL 2004-10 |
| CWALT 2005-57CB | CWALT 2006-45T1 | CWHL 2004-12 |
| CWALT 2005-59 | CWALT 2006-4CB | CWHL 2004-13 |
| CWALT 2005-60T1 | CWALT 2006-6CB | CWHL 2004-14 |
| CWALT 2005-64CB | CWALT 2006-8T1 | CWHL 2004-4 |
| CWALT 2005-6CB | CWALT 2006-9T1 | CWHL 2004-HYB5 |
| CWALT 2005-73CB | CWALT 2006-HY12 | CWHL 2004-HYB7 |
| CWALT 2005-77T1 | CWALT 2006-J1 | CWHL 2004-HYB8 |
| CWALT 2005-79CB | CWALT 2006-J3 | CWHL 2004-J2 |
| CWALT 2005-84 | CWALT 2006-J5 | CWHL 2004-J4 |
| CWALT 2005-85CB | CWALT 2006-J7 | CWHL 2004-J6 |
| CWALT 2005-86CB | CWALT 2006-J8 | CWHL 2005-14 |

# EXHIBIT 2

| | | |
|---|---|---|
| CWHL 2005-15 | CWL 2004-11 | CWL 2006-7 |
| CWHL 2005-20 | CWL 2004-12 | CWL 2006-9 |
| CWHL 2005-21 | CWL 2004-13 | CWL 2006-BC1 |
| CWHL 2005-23 | CWL 2004-14 | CWL 2006-BC5 |
| CWHL 2005-24 | CWL 2004-15 | CWL 2007-10 |
| CWHL 2005-25 | CWL 2004-2 | CWL 2007-11 |
| CWHL 2005-26 | CWL 2004-3 | CWL 2007-12 |
| CWHL 2005-27 | CWL 2004-4 | CWL 2007-2 |
| CWHL 2005-28 | CWL 2004-5 | CWL 2007-3 |
| CWHL 2005-29 | CWL 2004-6 | CWL 2007-4 |
| CWHL 2005-3 | CWL 2004-7 | CWL 2007-6 |
| CWHL 2005-30 | CWL 2004-9 | CWL 2007-7 |
| CWHL 2005-7 | CWL 2004-ECC2 | CWL 2007-8 |
| CWHL 2005-9 | CWL 2005-1 | CWL 2007-BC3 |
| CWHL 2005-HYB3 | CWL 2005-10 | CWL 2007-SEA1 |
| CWHL 2005-HYB8 | CWL 2005-11 | |
| CWHL 2005-J2 | CWL 2005-12 | |
| CWHL 2005-J4 | CWL 2005-13 | |
| CWHL 2006-10 | CWL 2005-15 | |
| CWHL 2006-12 | CWL 2005-16 | |
| CWHL 2006-13 | CWL 2005-17 | |
| CWHL 2006-15 | CWL 2005-3 | |
| CWHL 2006-16 | CWL 2005-4 | |
| CWHL 2006-19 | CWL 2005-6 | |
| CWHL 2006-20 | CWL 2005-7 | |
| CWHL 2006-21 | CWL 2005-8 | |
| CWHL 2006-3 | CWL 2005-AB5 | |
| CWHL 2006-6 | CWL 2005-BC2 | |
| CWHL 2006-8 | CWL 2005-BC3 | |
| CWHL 2006-HYB3 | CWL 2005-BC4 | |
| CWHL 2006-J1 | CWL 2005-BC5 | |
| CWHL 2006-OA5 | CWL 2005-SD2 | |
| CWHL 2007-1 | CWL 2006-1 | |
| CWHL 2007-11 | CWL 2006-11 | |
| CWHL 2007-14 | CWL 2006-13 | |
| CWHL 2007-15 | CWL 2006-14 | |
| CWHL 2007-18 | CWL 2006-15 | |
| CWHL 2007-3 | CWL 2006-17 | |
| CWHL 2007-4 | CWL 2006-20 | |
| CWHL 2007-7 | CWL 2006-21 | |
| CWHL 2007-8 | CWL 2006-22 | |
| CWHL 2007-9 | CWL 2006-23 | |
| CWHL 2007-HYB2 | CWL 2006-25 | |
| CWHL 2007-J3 | CWL 2006-26 | |
| CWL 2004-1 | CWL 2006-3 | |
| CWL 2004-10 | CWL 2006-5 | |

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of August, 2011, a true and correct copy of the above and foregoing instrument was properly forwarded to the following counsel of record as indicated below:

**Via NYSCEF & Overnight Delivery**

Matthew D. Ingber
Mayer Brown LLP
1675 Broadway
New York, NY  10019
*Counsel for The Bank of New York Mellon*

**Via NYSCEF**

Kenneth E. Warner
Warner Partners, P.C.
950 Third Avenue, 32nd Floor
New York, NY  10022
*Counsel for the 22 "Institutional Investors"*

Owen L. Cyrulnik
Grais & Ellsworth LLP
40 East 52nd Street
New York, NY  10022
*Counsel for Walnut Place LLC, et al.*

Beth A. Kaswan
Scott+Scott LLP
500 Fifth Avenue, 40th Floor
New York, NY  10110
*Counsel for Policemen's Annuity &
Benefit Fund of Chicago, et al.*

Steven S. Fitzgerald
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY  10110
*Counsel for The Western and Southern
Life Insurance Company, et al.*

Thomas T. Carroll
Special Deputy Attorney General
120 Broadway, 23rd Floor
New York, NY  10271
*Counsel for Eric T. Schneiderman,
Attorney General of the State of New
York*

Jeremy D. Eicher
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
*Counsel for Delaware Department of
Justice*

Michael A. Rollin
Reilly Pozner LLP
1900 Sixteenth Street, Suite 1700
Denver, CO  80202
*Counsel for American International
Group, Inc., et al.*

Corban S. Rhodes
570 Lexington Avenue
New York, NY  10022
*Counsel for Triaxx Prime CDO
2006-1, Ltd, et al.*

Jacob W. Buchdahl
Susman Godfrey LLP
570 Lexington Avenue, 15th Floor
New York, NY  10022
*Counsel for CIFG Assurance North America Inc.*

Olimpio Lee Squitieri
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10022
*Counsel for Waterfall Eden Master Fund, Ltd.*

Jason H. Alperstein
Ferguson Weiselberg Keechl
200 S. W. First Avenue, 12th Floor
Fort Lauderdale, FL  33301
*Counsel for Sterling Federal Bank, F.S.B., et al.*

Russell Yankwitt
Yankwitt & McGuire, LLP
140 Grand Street – Penthouse 2
White Plains, NY  10601
*Counsel for Good Hill Partners LP*


Dated: August 29, 2011                             Respectfully Submitted,

                                                   /s Peter N. Tsapatsaris_____