UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), BlackRock Financial Management Inc. (intervenor), Kore Advisors, L.P. (intervenor), Maiden Lane, LLC (intervenor), Maiden Lane II, LLC (intervenor), Maiden Lane III, LLC (intervenor), Metropolitan Life Insurance Company (intervenor), Trust Company of the West and affiliated companies controlled by The TCW Group, Inc. (intervenor), Neuberger Berman Europe Limited (intervenor), Pacific Investment Management Company LLC (intervenor), Goldman Sachs Asset Management, L.P. (intervenor), Teachers Insurance and Annuity Association of America (intervenor), Invesco Advisers, Inc. (intervenor), Thrivent Financial for Lutherans (intervenor), Landesbank Baden- Wuerttemberg (intervenor), LBBW Asset Management (Ireland) plc, Dublin (intervenor), ING Bank fsb (intervenor), ING Capital LLC (intervenor), ING Investment Management LLC (intervenor), New York Life Investment Management LLC (intervenor), Nationwide Mutual Insurance Company and its affiliated companies (intervenor), AEGON USA Investment Management LLC, authorized signatory for Transamerica Life Insurance Company, AEGON Financial Assurance Ireland Limited, Transamerica Life International (Bermuda) Ltd., Monumental Life Insurance Company, Transamerica Advisors Life Insurance Company, AEGON Global Institutional Markets, plc, LIICA Re II, Inc., Pine Falls Re, Inc., Transamerica Financial Life Insurance Company, Stonebridge Life Insurance Company, and Western Reserve Life Assurance Co. of Ohio (intervenor), Federal Home Loan Bank of Atlanta (intervenor), Bayerische Landesbank (intervenor), Prudential Investment Management, Inc. (intervenor), and Western Asset Management Company (intervenor),

     Petitioners,

   -against-

WALNUT PLACE LLC, WALNUT PLACE II LLC, WALNUT PLACE III LLC, WALNUT PLACE IV LLC, WALNUT PLACE V LLC, WALNUT PLACE VI LLC, WALNUT PLACE VII LLC, WALNUT PLACE VIII LLC, WALNUT PLACE IX LLC, WALNUT PLACE X LLC, WALNUT PLACE XI LLC,

Case No.: 11 Civ. 5988

NOTICE OF INTENTION
TO APPEAR AND OBJECT

| |
|---|
| POLICEMEN'S ANNUITY & BENEFIT FUND OF CHICAGO, THE WESTMORELAND COUNTY EMPLOYEE RETIREMENT SYSTEM, CITY OF GRAND RAPIDS GENERAL RETIREMENT SYSTEM, CITY OF GRAND RAPIDS POLICE AND FIRE RETIREMENT SYSTEM, TM1 INVESTORS, LLC, FEDERAL HOME LOAN BANK OF BOSTON, FEDERAL HOME LOAN BANK OF CHICAGO, FEDERAL HOME LOAN BANK OF INDIANAPOLIS, FEDERAL HOME LOAN BANK OF PITTSBURGH, FEDERAL HOME LOAN BANK OF SAN FRANCISCO, FEDERAL HOME LOAN BANK OF SEATTLE, V RE-REMIC, LLC, THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, WESTERN- SOUTHERN LIFE ASSURANCE COMPANY, COLUMBUS LIFE INSURANCE COMPANY, INTEGRITY LIFE INSURANCE COMPANY, NATIONAL LIFE INSURANCE COMPANY, FORT WASHINGTON INVESTMENT ADVISORS, INC. on behalf of FORT WASHINGTON ACTIVE FIXED INCOME LLC, CRANBERRY PARK LLC, and CRANBERRY PARK II LLC, (intervenors) and COMMONWEALTH ADVISORS, INC., (proposed intervenor), |
|       Respondents. |

PLEASE TAKE NOTICE that, pursuant to the Initial Order of the Supreme Court of the State of New York, New York County, dated June 29, 2011 (Mot. Seq. No. 001) and the Order of that Court dated August 5, 2011, which modified the Initial Order, Commonwealth Advisors, Inc. ("Commonwealth"), as a Potentially Interested Person,[1] hereby files this Notice of Intention to Appear and Object. Commonwealth and its clients are the owners of many certificates issued by many of the trusts that would be covered by the proposed settlement. The reason for Commonwealth's objection is that it does not have enough information to evaluate the Settlement. By filing this objection, Commonwealth reserves all of its rights, including but not limited to its rights to supplement or withdraw its objection, to seek and participate in discovery, to intervene in this proceeding, and to be heard on the Hearing Date and any other dates that the Court may set.

---

[1]  Capitalized terms not otherwise defined shall have the meaning given to them in the Verified Petition filed by Bank of New York Mellon or the Order of August 5, 2011.

2

                                          Respectfully submitted,

Dated: New York, New York
       August 30, 2011

                                        SHER LLP

                                        By:   /s/ Justin M. Sher
                                                      Justin M. Sher
                                                        Joanna Riesman
                                        41 Madison Avenue, 41st Floor
                                        New York, New York 10010
                                        212.202.2600

                                        *Attorneys for Commonwealth Advisors, Inc.*