# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE BANK OF NEW YORK MELLON )<br>*Plaintiff* )<br>v. )<br>WALNUT PLACE LLC, et al. )<br>*Defendant* ) | Case No. 1:11-cv-05988-WHP |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Retirement Board of the Policemen's Annuity and Benefit Fund of the City of Chicago, the Westmoreland County Employee Retirement System, City of Grand Rapids General Retirement System and City of Grand Rapids Police and Fire Retirement System (the Public Pension Fund Committee)

Date:     09/29/2011

_____
*Attorney's signature*

Beth A. Kaswan (BK-0264)
*Printed name and bar number*

Scott+Scott LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

*Address*

bkaswan@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*