UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures) *et al.*,

    Petitioners,

-against-

MARY ELLEN IESU, MILDRED BARRETT, CHERYL G. PHILLIPS and MICHAEL P. CARY, on behalf of themselves and all those similarly situated,

    Intervenor-Respondents.

No. 1:11-cv-5988 (WHP)
ECF Case

---

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Keith M. Fleischman, a member in good standing of the Bar of this Court, hereby move this Court for an Order allowing the admission *pro hac vice* of Sheila Canavan as counsel for Mary Ellen Iesu, Mildred Barrett, Cheryl G. Phillips, and Michael P. Cary, on behalf of themselves and all those similarly situated, in the above captioned action.

    Applicant's Name:    Sheila Canavan
    Firm Name:    Law Offices of Sheila Canavan
    Address:    70 Desert Solitaire Road
    City/State/Zip:    Moab, Utah 84532
    Phone Number:    (435) 259-3593

Sheila Canavan is a member in good standing of the Bars of the States of Utah and California. There are no pending disciplinary proceedings against Sheila Canavan in any State or Federal court.

Dated: October 17, 2011

Respectfully submitted,

*/s/ Keith M. Fleischman*

Keith M. Fleischman, Esq.
FLEISCHMAN LAW FIRM
565 Fifth Avenue, Seventh Floor
New York, NY 10017
Telephone: (212) 880-9567
Fax: (917) 591-5245
keith@fleischmanlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures) *et al.*,

    Petitioners,

-against-

MARY ELLEN IESU, MILDRED BARRETT, CHERYL G. PHILLIPS and MICHAEL P. CARY, on behalf of themselves and all those similarly situated,

    Intervenor-Respondents.

No. 1:11-cv-5988 (WHP)
ECF Case

## AFFIDAVIT OF KEITH M. FLEISCHMAN
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

KEITH M. FLEISCHMAN, being duly sworn, hereby deposes and says as follows:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a member in good standing of the Bar of the State of New York and am in good standing with this Court.

2. I am a partner with The Fleischman Law Firm, counsel for Mary Ellen Iesu, Mildred Barrett, Cheryl G. Phillips, and Michael P. Cary, on behalf of themselves and all those similarly situated, in the above captioned action. I am familiar with the proceedings in this case.

3. I make this Affidavit based on my personal knowledge of the facts set forth herein and in support of the motion to admit Sheila Canavan as counsel *pro hac vice* in this matter.

4.  Ms. Canavan is an attorney from the Law Offices of Sheila Canavan. As evidenced by the Certificates of Good Standing annexed to her Affidavit (attached hereto as Exhibit A), Ms. Canavan is a member in good standing of the Bars of the States of Utah and California.

5.  I know Sheila Canavan to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Sheila Canavan, *pro hac vice*.

7.  I respectfully submit a proposed order, attached hereto as Exhibit B, granting the admission of Sheila Canavan, *pro hac vice*.

WHEREFORE, it is respectfully requested that the Court grant the motion to admit Sheila Canavan *pro hac vice* to represent Mary Ellen Iesu, Mildred Barrett, Cheryl G. Phillips, and Michael P. Cary, on behalf of themselves and all those similarly situated, in the above captioned matter.

Dated: October 17, 2011

Respectfully submitted,

Keith M. Fleischman
FLEISCHMAN LAW FIRM
565 Fifth Avenue, Seventh Floor
New York, NY 10017
Telephone: (212) 880-9567
Fax: (917) 591-5245
keith@fleischmanlawfirm.com

Sworn to and subscribed before me
This 17TH day of October, 2011,

_____
Notary Public

ROBYN S. FELIX
NOTARY PUBLIC, State of New York
No. 01FE6077603
Qualified in Nassau County
Commission Expires July 15, 2014

3

# EXHIBIT A
## to Affidavit of Keith M. Fleischman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures) *et al.*,

    Petitioners,

-against-

MARY ELLEN IESU, MILDRED BARRETT, CHERYL G. PHILLIPS and MICHAEL P. CARY, on behalf of themselves and all those similarly situated,

    Intervenor-Respondents.

No. 1:11-cv-5988 (WHP)
ECF Case

---

## AFFIDAVIT OF SHEILA CANAVAN

SHEILA CANAVAN, being duly sworn, hereby deposes and says as follows:

1. I am an attorney from the Law Offices of Sheila Canavan.

2. I submit this Affidavit in support of my admission *pro hac vice* to appear as counsel for Mary Ellen Iesu, Mildred Barrett, Cheryl G. Phillips, and Michael P. Cary, on behalf of themselves and all those similarly situated, in this action.

3. As evidenced by the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of Utah and California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

WHEREFORE, I respectfully request that I be permitted to appear as counsel *pro hac vice* in this matter.

Dated: September 9, 2011

Respectfully submitted,

*Sheila Canavan*
Sheila Canavan
LAW OFFICES OF SHEILA CANAVAN
70 Desert Solitaire Rd.
Moab, Utah 84532
Telephone: (435) 259-3593
cananvansheila@citlink.com

Sworn to and subscribed before me
This 9th day of September 2011,

_____
Notary Public

NICOLE BIERSCHIED
Notary Public State of Utah
My Commission Expires on:
April 14, 2012
Comm. Number: 573443

State of Utah
County of Grand

On this day of 9-9, in the year 2011, before me, Nicole Bierschied a notary public, personally appeared Sheila Canavan, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same. Witness my hand and official seal.

_____

2



# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
www.utahbar.org

John C. Baldwin
Executive Director

**Board of Commissioners**

Rodney G. Snow
President
Clyde Snow & Sessions
Salt Lake City

Lori W. Nelson
President-elect
Jones Waldo Holbrook &
McDonough
Salt Lake City

Steven R. Burt, AIA
Public Member
Entelen Design-Build

H. Dickson Burton
TraskBritt
Salt Lake City

Su J. Chon
Salt Lake County
Property Rights Ombudsman
Office
Salt Lake City

Christian W. Clinger
Clinger Lee Clinger
Salt Lake City

Evelyn J. Furse
Salt Lake City Attorney's Office
Salt Lake City

James D. Gilson
Callister Nebeker &
McCullough
Salt Lake City

Mary Kay Griffin, CPA
Public Member
Mayer Hoffman McCann

Curtis M Jensen
Snow Jensen & Reece
St. George

Felshaw King
King & King
Kaysville

John R. Lund
Snow Christensen &
Martineau
Salt Lake City

Herm Olsen
Hillyard Anderson & Olsen
Logan

Robert O. Rice
Ray Quinney & Nebeker
Salt Lake City

Thomas W. Seiler
Robinson Seiler & Anderson
Provo

October 11, 2011

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for SHEILA M. CANAVAN**

This is to certify that **SHEILA M. CANAVAN**, Utah State Bar **No. 10883,** was admitted to practice law in Utah on **October 24, 2005** and is an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **SHEILA M. CANAVAN** to practice law.

*Katherine A. Fox*

Katherine A. Fox
General Counsel
Utah State Bar



*Do the Public Good • Volunteer for Pro Bono*



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *SHEILA CANAVAN*

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that SHEILA CANAVAN was on the 18TH day of JUNE, 1974, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 7TH of OCTOBER, 2011.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: [signature]

*Deputy Clerk*

# EXHIBIT B
## to Affidavit of Keith M. Fleischman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures) *et al.*,

      Petitioners,

      -against-

MARY ELLEN IESU, MILDRED BARRETT, CHERYL G. PHILLIPS and MICHAEL P. CARY, on behalf of themselves and all those similarly situated,

      Intervenor-Respondents.

No. 1:11-cv-5988 (WHP)
ECF Case

## [PROPOSED] ORDER GRANTING

## MOTION TO ADMIT SHEILA CANAVAN *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Sheila Canavan
    Firm Name:    Law Offices of Sheila Canavan
    Address:    70 Desert Solitaire Road
    City/State/Zip:    Moab, Utah 84532
    Phone Number:    (435) 259-3593

is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: October ____, 2011
      New York, New York

                                                           _____
                                                           United States District Court Judge

**CERTIFICATE OF SERVICE**

I, Keith M. Fleischman, hereby certify that on October 17, 2011, I filed true and correct copies of the below listed documents with the Clerk of the Court. I further certify that notice of this filing will be electronically mailed to all parties registered with the Court's electronic filing system.

- Motion to Admit Counsel *Pro Hac Vice*

- Affidavit of (sponsoring attorney) Keith M. Fleischman in Support of Motion to Admit Counsel *Pro Hac Vice*

- Exhibit A: Affidavit of (applicant attorney) Sheila Canavan, with Certificates of Good Standing

- Exhibit B: Proposed Order

Keith M. Fleischman