UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures) *et al.*,

Petitioners,

-against-

MARY ELLEN IESU, MILDRED BARRETT, CHERYL G. PHILLIPS and MICHAEL P. CARY, on behalf of themselves and all those similarly situated,

Intervenor-Respondents.

No. 1:11-cv-5988 (WHP)
ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/11

## ~~[PROPOSED]~~ ORDER GRANTING

### MOTION TO ADMIT SHEILA CANAVAN *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sheila Canavan |
| Firm Name: | Law Offices of Sheila Canavan |
| Address: | 70 Desert Solitaire Road |
| City/State/Zip: | Moab, Utah 84532 |
| Phone Number: | (435) 259-3593 |

is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: October 19, 2011
      New York, New York

_____
United States District Court Judge