# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| The Bank of New York Mellon<br>*Plaintiff*<br>v.<br>Walnut Place LLC, et al.<br>*Defendant* | ) ) ) ) ) ) | Case No. 11 Civ. 5988 (WHP) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Home Loan Bank of Pittsburgh, Intervenor

Date: 10/20/2011

*Attorney's signature*

Heather Yue-Ling Fong (HF-4670)
*Printed name and bar number*

Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
*Address*

hyfong@rkmc.com
*E-mail address*

(612) 349-8500
*Telephone number*

(612) 339-4181
*FAX number*