UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

The Bank of New York Mellon   Plaintiff,

Case No. 1:11-cv-05988-WHP

-against-

Walnut Place LLC, et al.   Defendant.
---------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending   [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Max Raphael Schwartz__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MS2517   My State Bar Number is 4444535

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Whatley, Drake & Kallas, LLC
            FIRM ADDRESS: 1540 Broadway, 37th Floor, New York, NY 10036
            FIRM TELEPHONE NUMBER: (212)-447-7070
            FIRM FAX NUMBER: (212)-447-7077

NEW FIRM:   FIRM NAME: Scott+Scott LLP
            FIRM ADDRESS: 500 Fifth Ave., 40th Floor, New York, NY 10110
            FIRM TELEPHONE NUMBER: (212) 223-6444
            FIRM FAX NUMBER: (212) 223-6334

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/27/11

_____
ATTORNEY'S SIGNATURE