AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| The Bank of New York Mellon, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  11-cv-5988 |
| Walnut Place LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric T. Schneiderman, Attorney General of the State of New York

Date:   10/31/2011

*Attorney's signature*

Thomas Teige Carroll (TC-7632)
*Printed name and bar number*

120 Broadway
New York, NY 10271
*Address*

thomas.carroll@ag.ny.gov
*E-mail address*

(212) 416-8220
*Telephone number*

(212) 416-6042
*FAX number*