AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| The Bank of New York Mellon, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   11-cv-5988 |
| Walnut Place LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric T. Schneiderman, Attorney General of the State of New York

Date:   10/31/2011

*Attorney's signature*

Leslie B. Dubeck (LD8585)
*Printed name and bar number*

120 Broadway
New York, NY 10271

*Address*

Leslie.Dubeck@ag.ny.gov
*E-mail address*

(212) 416-6390
*Telephone number*

(212) 416-8962
*FAX number*