UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Bank of New York Mellon et al.
              Plaintiff,

    -against-

Walnut Place LLC et al.
              Defendant.

--------------------------------------------------------

Case No. 11-cv-5988

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Thomas Teige Carroll
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TC-7632      My State Bar Number is 3008174

I am,

    [ ] An attorney
    [✓] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Clifford Chance US LLP
                   FIRM ADDRESS: 31 W 52 St., New York, NY 10019
                   FIRM TELEPHONE NUMBER: 212 878-8000
                   FIRM FAX NUMBER: 212 878-8375

NEW FIRM:     FIRM NAME: New York State Attorney General
                   FIRM ADDRESS: 120 Broadway, 23rd Fl., New York, NY 10271
                   FIRM TELEPHONE NUMBER: 212 416-8222
                   FIRM FAX NUMBER: 212 416-6042

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1 November 2011

ATTORNEY'S SIGNATURE