UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In the matter of the application of<br><br>THE BANK OF NEW YORK MELLON<br>(as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), et al.,<br><br>        Petitioners,<br><br>  -against-<br><br>WALNUT PLACE LLC, et al.,<br><br>        Respondents,<br><br>for an order, pursuant to CPLR § 7701, seeking judicial instruction and approval of a proposed settlement. | Case No. 11 CV 5988-WHP<br><br>Hon. William H. Pauley<br><br>ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/11

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Heather Y. Fong, counsel for Intervenor Federal Home Loan Bank of Pittsburgh in the above captioned case, and said sponsor attorney's declaration in support; IT IS HEREBY ORDERED THAT

    Thomas B. Hatch
    Robins, Kaplan, Miller & Ciresi L.L.P.
    800 LaSalle Avenue, Suite 2800
    Minneapolis, Minnesota 55402
    Phone: (612) 349-8500
    Fax: (612) 339-4181
    Email: tbhatch@rkmc.com

is admitted to practice *pro hac vice* as counsel for Respondent Federal Home Loan Bank of Pittsburgh in the above captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

So Ordered: New York, New York
~~October ___, 2011~~

_____
United States District Judge       11/3/11

82566405.1