UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
In the matter of the application of      :

THE BANK OF NEW YORK MELLON              :
(as trustee under various pooling and
servicing agreements and indenture trustee :
under various indentures), et al.,

                                         :
           Petitioners,                      11 Civ. 5988 (WHP)
                                         :
       -against-                             SCHEDULING ORDER
                                         :
WALNUT PLACE LLC, et al.,
                                         :
           Intervenor-Respondents.
                                         :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/11

    Counsel for the parties, intervenors, and proposed intervenors having appeared for a November 3, 2011 conference, the following is established on consent:

    (1) This Court will supervise discovery in this action pending a ruling from the Court of Appeals for the Second Circuit;

    (2) The parties shall exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) by November 17, 2011;

    (3) Discovery, including third-party discovery, shall commence on November 17, 2011;

    (4) Barring a showing of extraordinary need, no depositions may be taken until January 17, 2012;

    (5) The parties shall disclose the identities of any experts under Fed. R. Civ. P. 26(a)(2) by February 17, 2012;

    (6) All fact discovery shall be completed by April 17, 2012;

(7) The parties shall serve any expert reports on issues for which that party bears the burden of proof by May 4, 2012;

(8) The parties shall serve any responsive expert reports or expert reports for which a party does not bear the burden of proof by May 25, 2012;

(9) The parties shall serve any rebuttal expert reports by June 1, 2012;

(10) All expert discovery shall be completed by July 13, 2012; and

(11) This Court will hold a status conference on July 18, 2012 at 11:00 a.m.

Dated: November 3, 2011
  New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J

*All Counsel of Record*

2