UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), *et al.*,

    Petitioners and Intervenor-Petitioners,

-against-

WALNUT PLACE LLC, *et al.*,

    Intervenor-Respondents.

Docket No. 11-CV-5988 (WHP)

---

Pursuant to Federal Rule of Civil Procedure 7.1, Intervenor-Respondents Cranberry Park LLC and Cranberry Park II LLC (both private, non-governmental parties) state that they do not have parent corporations and that no publicly held corporation owns more than 10% of their stock.

Dated: New York, New York
       November 17, 2011

                          GRAIS & ELLSWORTH LLP

                          By: _____
                                Owen L. Cyrulnik (OC 0598)

                            David J. Grais (DG 7118)
                            Leanne M. Wilson (LW 1225)

                          40 East 52nd Street
                          New York, New York 10022
                          (212) 755-0100 telephone
                          (212) 755-0052 facsimile

                          *Attorneys for Cranberry Park LLC and Cranberry Park II LLC*