UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), *et al.*,<br><br>    Petitioners and Intervenor-Petitioners,<br><br>    -against-<br><br>WALNUT PLACE LLC, *et al.*,<br><br>    Intervenor-Respondents. | Docket No. 11-CV-5988 (WHP) |

Pursuant to Federal Rule of Civil Procedure 7.1, Intervenor-Respondent Federal Home Loan Bank of Seattle makes the following disclosures: (1) JPMorgan Chase, N.A. owns more than ten percent of Seattle Bank's outstanding stock, and (2) Bank of America Oregon, N.A. owns more than ten percent of Seattle Bank's outstanding stock.

Dated: New York, New York
November 17, 2011

        GRAIS & ELLSWORTH LLP

By: _____
    Owen L. Cyrulnik (OC 0598)

David J. Grais (DG 7118)
Mark B. Holton (MH4939)
Leanne M. Wilson (LW 1225)

40 East 52nd Street
New York, New York 10022
(212) 755-0100 telephone
(212) 755-0052 facsimile

*Attorneys for Federal Home Loan Bank of Seattle*