UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

The Bank of New York Mellon     Plaintiff,

     -against-

Walnut Place LLC, et al.     Defendant.
--------------------------------------------------------

Case No.  11-cv-5988-UA

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending      [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Rachel Allison Gupta
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 7511     My State Bar Number is  4342564

I am,

[✓]   An attorney

[ ]   A Government Agency attorney

[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  DLA Piper LLP (US)
                 FIRM ADDRESS:  1251 Avenue of the Americas, New York, NY 10020
                 FIRM TELEPHONE NUMBER: 212.335.4500
                 FIRM FAX NUMBER:  212.335.4501

NEW FIRM:     FIRM NAME:  Ambac Assurance Corporation
                 FIRM ADDRESS:  One State Street Plaza, New York, NY 10004
                 FIRM TELEPHONE NUMBER:  212.668.0340
                 FIRM FAX NUMBER:  212.509.9190

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: November 21, 2011

ATTORNEY'S SIGNATURE