UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In the matter of the application of

THE BANK OF NEW YORK MELLON, (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures) *et al.*,

      Petitioners,

             -against-

WALNUT PLACE LLC *et al.*,

      Intervenor-Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/11

Case No.: 11-CV-5988 (WHP)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Ian R., McConnel, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of Delaware; and that his contact information is as follows (please print):

    Applicant's Name:    Ian R. McConnel

    Firm Name:    Delaware Department of Justice

    Address:    820 N. French Street, 5th Floor

    City / State / Zip:    Wilmington, DE  19801

    Telephone / Fax:    (302)  577-8533 / (302) 577-8426

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Delaware Department of Justice in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys, If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 11/18/11

_____
WILLIAM H. PAULEY III
U.S.D.J