UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>THE BANK OF NEW YORK MELLON<br>(as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), et al.,<br><br>            Petitioners,<br><br>  -against-<br><br>WALNUT PLACE LLC, et al.,<br><br>            Respondents,<br><br>for an order, pursuant to CPLR § 7701, seeking judicial instruction and approval of a proposed settlement. | Case No. 11 CV 5988-WHP<br><br>Hon. William H. Pauley<br><br>ECF Case |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Intervenor-Respondent Federal Home Loan Bank of Pittsburgh discloses that the following publicly held institutions own 10% or more of Federal Home Loan Bank of Pittsburgh stock directly and/or through their wholly owned subsidiaries: (1) Ally Bank, (2) ING Group NV, (3) PNC Financial Services Group Inc., and (4) Sovereign Bancorp.

-2-

Dated: November 21, 2011

Respectfully submitted,

By: /s/ Heather Y. Fong
Heather Y. Fong (HF4670)
Thomas. B. Hatch (*pro hac vice*)
Bruce D. Manning (*pro hac vice*)

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue
34th Floor
New York, NY  10022-1240
Tel: 212-980-7400

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015
Tel: 612-349-8500

*Attorneys for Intervenor Federal Home Loan Bank of Pittsburgh*

82649727.1