UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
In the matter of the application of :

THE BANK OF NEW YORK MELLON :
(as trustee under various pooling and
servicing agreements and indenture trustee :
under various indentures), *et al.*,
:
       Petitioners,                   11 Civ. 5988 (WHP)
:
  -against-                            ORDER
:
WALNUT PLACE LLC, *et al.*,
:
       Intervenor-Respondents.
:
------------------------------X

WILLIAM H. PAULEY III, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/11

       Intervenor-Respondent V Re-REMIC's unopposed motion for withdrawal as intervenor-respondent is granted.

Dated: December 1, 2011
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                         U.S.D.J

*All Counsel of Record*