UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>THE BANK OF NEW YORK MELLON (as trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), *et al.*,<br><br>        Petitioners,<br><br>-against-<br><br>WALNUT PLACE LLC, *et al.*,<br><br>        Respondents. | Case No. 11-CV-5988 (WHP)<br><br>ECF Case<br><br>**STIPULATION AND ORDER** |

### STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS OF RECORD FOR CIFG ASSURANCE NORTH AMERICA, INC.

IT IS STIPULATED AND AGREED that, pursuant to Southern District of New York Local Rule 1.4, Sarah E. Lieber, Esq. be substituted as counsel and attorney of record for CIFG Assurance North America, Inc. ("CIFG"), objector in the above referenced matter (Docket # 1-237), in place of the law firm Susman Godfrey L.L.P., and upon the consent of undersigned counsel, CIFG requests leave of Court to so-order the withdrawal and substitution of counsel.

Dated: New York, New York
       January 23, 2012

| | |
|---|---|
| Withdrawing Counsel for CIFG Assurance North America, Inc.: | Substituting CIFG Assurance North America, Inc.: |
| SUSMAN GODFREY | SARAH E. LIEBER, ESQ. |
| By: *[signature]* <br> Jacob W. Buchdahl (JB 1902) <br> 560 Lexington Avenue, 15th Floor <br> New York, New York 10022 <br> (212) 336-8330 | By: *[signature]* <br> Sarah E. Lieber (SL 2692) <br> CIFG Assurance North America, Inc. <br> 850 Third Avenue, 10th Floor <br> New York, New York 10022 <br> (212) 909-0425 |

SO ORDERED this ____ day of January, 2012

_____
William H. Pauley
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23 2012, a copy of the foregoing STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS OF RECORD FOR CIFG ASSURANCE NORTH AMERICA, INC. was served on the following counsel by United States Mail:

Bank of New York Mellon
Attn: Matthew D. Ingber
Mayer Brown LLP 1675 Broadway
New York, New York 10019
*Counsel for Petitioner*

_____
Sarah E. Lieber