AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| THE BANK OF NEW YORK MELLON, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-CIV-5988 (WHP) |
| WALNUT PLACE LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Intervenors Retirement Board of Policemen's Annuity and Benefit Fund of City of Chicago, Westmoreland County Employee Retirement System, City of Grand Rapids General Retirement System, and City of Grand Rapids Police and Fire Retirement System.

Date:   01/25/2012

*Attorney's signature*

Deborah Clark-Weintraub (DW6877)
*Printed name and bar number*

Scott+Scott LLP
500 Fifth Avenue, 40th Floor
New York, NY  10110

*Address*

dweintraub@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*