UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures) *et al.*,<br><br>         Petitioners,<br><br>-against-<br><br>WALNUT PLACE LLC, *et al.*,<br><br>         Intervenor-Respondents. | Case No. 1:11-cv-05988 (WHP)<br><br>Judge William H. Pauley<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE THAT, effective January 17, 2012, I joined the firm of Scott+Scott LLP, and am additional counsel for the Retirement Board of Policemen's Annuity and Benefit Fund of City of Chicago, Westmoreland County Employee Retirement System, City of Grand Rapids General Retirement System, and City of Grand Rapids Police and Fire Retirement System ("Public Pension Funds"). The change in my contact information is as follows:

| **OLD:** | **NEW:** |
|---|---|
| Deborah Clark-Weintraub | Deborah Clark-Weintraub |
| Whatley Drake & Kallas | Scott+Scott LLP |
| 380 Madison Avenue, 23rd Floor | 500 Fifth Avenue, 40th Floor |
| New York, NY 10017 | New York, NY 10110 |
| Tel. 212-447-7070 | 212-223-6444 |
| Fax. 212-447-7077 | Fax: 212-223-6334 |
| Email: dweintraub@wdklaw.com | Email: dweintraub@scott-scott.com |

  Please update your records accordingly.

Dated:  January 26, 2012         SCOTT+SCOTT LLP

                   */s/ Deborah Clark-Weintraub*
                   Deborah Clark-Weintraub (DW6877)
                   500 Fifth Avenue, 40th Floor

New York, NY  10110
212-223-6444
Fax: 212-223-6334
Email:  dweintraub@scott-scott.com

*Counsel for The Public Pension Funds*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, the foregoing document was filed with the Clerk of the Court via this Court's CM/ECF electronic filing system, and served on all counsel of record registered to receive electronic notice. Those not registered to receive such notice were served via regular first class mail.

        */s/ Deborah Clark-Weintraub*
        Deborah Clark-Weintraub (DW6877)
        SCOTT+SCOTT LLP
        500 Fifth Avenue, 40th Floor
        New York, NY  10110
        212-223-6444
        Fax: 212-223-6334
        Email:  dweintraub@scott-scott.com

*Counsel for The Public Pension Funds*