UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), *et al*.,<br><br>    Petitioners,<br><br>            -against-<br><br>WALNUT PLACE LLC, *et al.,*<br><br>    Intervenor- Respondents, | No. 11-CIV-5988 (WHP) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Joshua S. Margolin of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel for American International Group, Inc., American General Assurance Company, American General Life and Accident Insurance Company, American General Life Insurance Company, American General Life Insurance Company of Delaware, American Home Assurance Company, American International Life Assurance Company of New York, Chartis Property Casualty Company, Chartis Select Insurance Company, Commerce and Industry Insurance Company, First SunAmerica Life Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company, SunAmerica Annuity and Life Assurance Company, SunAmerica Life Insurance Company, The Insurance Company of the State of Pennsylvania, The United States Life Insurance Company in the City of New York, The Variable Annuity Life Insurance Company, and Western National Life Insurance Company (collectively "AIG") as intervenors in the above-captioned action and for the purpose of being added to the

list of ECF notice recipients.  Please email notices of all filings on ECF to

joshuamargolin@quinnemanuel.com.  I certify that I am admitted to practice before this Court.

DATED:	New York, New York
	February 6, 2012

                                      QUINN EMANUEL URQUHART
                                      & SULLIVAN, LLP


                                      By:    */s/ Joshua S. Margolin*
                                          Joshua S. Margolin
                                          (joshuamargolin@quinnemanuel.com)

                                      51 Madison Avenue, 22nd Floor
                                      New York, New York 10010-1601
                                      (212) 849-7000

                                      *Attorney for AIG as Intervenors*