UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the application of<br><br>THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), *et al.*,<br><br>       Petitioners,<br><br>       -against-<br><br>WALNUT PLACE LLC, *et al.,*<br><br>       Intervenor- Respondents, | No. 11-CIV-5988 (WHP)<br><br><br><br>**JOINT MOTION TO EXTEND EXPERT DESIGNATION DEADLINE** |

TO THE HONORABLE WILLIAM PAULEY, UNITED STATES DISTRICT JUDGE:

      The Court's scheduling order requires that the parties identify their affirmative expert witnesses on February 17, 2012. Counsel for the parties have conferred and are in agreement that an additional thirty day extension of this deadline would benefit the orderly progress of discovery in this matter. Accordingly, the parties request jointly that the Court reset the affirmative expert identification deadline to March 17, 2012.[1] No other deadlines are sought to be extended by this Order. A proposed Order reflecting this change to the scheduling order is attached hereto as Exhibit "A."

---

[1] This Joint Motion is signed and submitted by the firms serving on the Intervenor-Respondents and Objectors' Steering Committee. The Steering Committee speaks on behalf of the intervenors and objectors except for the Delaware Department of Justice; the New York State Office of the Attorney General; the Federal Housing Finance Agency; the National Credit Union Administration Board. However, the Steering Committee has consulted with the Attorneys General of Delaware and New York, and those parties also agree to the extension sought by this joint motion.
      In addition, the Steering Committee has not received an answer from the following entities regarding whether the Committee can act on their behalf, and so does not sign this joint motion on their behalf: Good Hill Partners LP and Stone Creek LLC.

DATED:  February 14, 2012

| | |
|---|---|
| MAYER BROWN LLP | GIBBS & BRUNS LLP |
| By:  *s/Matthew D. Ingber* | By:  *s/Kathy D. Patrick* |
| Jason H.P. Kravitt | Kathy D. Patrick |
| Matthew D. Ingber | Robert J. Madden |
| 1675 Broadway | Scott Humphries |
| New York, New York 10019 | Kate Kaufmann Shih |
| Phone: (212) 506-2500 | 1100 Louisiana, Suite 5300 |
| | Houston, Texas  77002 |
| DECHERT LLP | Phone:  (713) 650-8805 |
| By:  *s/Hector Gonzalez* | WARNER PARTNERS, P.C. |
| Hector Gonzalez | Kenneth E. Warner |
| James M. McGuire | 950 Third Avenue, 32nd Floor |
| 1095 Avenue of the Americas | New York, New York  10022 |
| New York, New York 10036 | Phone:  (212) 593-8000 |
| (212) 698-3500 | |
| | *Attorneys for Intervenor-Petitioners* |
| *Attorneys for Petitioner,* | *Institutional Investors* |
| *The Bank of New York Mellon* | |

REILLY POZNER LLP

By: __s/Daniel Reilly_____
    Daniel Reilly
    Michael Rollin
    1900 Sixteenth St., Ste. 1700
    Denver, Colorado 80202
    Telephone: (303) 893-6100
    Fax: (303) 893-1500
    dreilly@rplaw.com
    mrollin@rplaw.com

*Attorneys for AIG Entities*

GRAIS & ELLSWORTH LLP

By: __s/Owen L. Cyrulnik_____
    Owen L. Cyrulnik
    David J. Grais
    Leanne M. Wilson
    40 East 52nd Street
    New York, New York 10022
    Telephone: (212) 755-0100
    Fax: (212) 755-0052

*Attorneys for Cranberry Park LLC; Cranberry Park II LLC; Federal Home Loan Bank of San Francisco; Federal Home Loan Bank of Seattle; TM1 Investors, LLC; Walnut Place LLC, Walnut Place II LLC, Walnut Place III LLC, Walnut Place IV LLC¸ Walnut Place V LLC, Walnut Place VI LLC, Walnut Place VII LLC, Walnut Place VIII LLC, Walnut Place IX LLC, Walnut Place X LLC, and Walnut Place XI LLC*

KELLER ROHRBACK LLP

By: ___s/Derek W. Loeser_____
    Derek W. Loeser
    Amy Williams-Derry
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    dloeser@kellerrohrback.com
    awilliams-derry@kellerrohrback.com

    Gary A. Gotto
    3101 North Central Avenue
    Phoenix, Arizona 85012
    Telephone: (602) 248-0088
    Fax: (602) 248-2822
    ggotto@krplc.com

*Attorneys for Federal Home Loan Banks of Boston, Chicago, and Indianapolis*

MILLER & WRUBEL P.C.

By: __s/John G. Moon_____
    John G. Moon
    Claire L. Huene
    570 Lexington Avenue
    New York, New York 10022
    Telephone: (212) 336-3500

*Attorneys for the Triaxx Entities*

## CERTIFICATE OF SERVICE

  This is to certify that on this 14th day of February, 2012, a true and correct copy of the **JOINT MOTION TO EXTEND EXPERT DESIGNATION DEADLINE** was served on all counsel of record via ECF/Pacer.

Dated: February 14, 2012

                *s/Jennifer Musgrave*