UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the matter of the application of

THE BANK OF NEW YORK MELLON (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), *et al.*,

        Petitioners,

        -against-

WALNUT PLACE LLC, *et al.*,

        Intervenor- Respondents,

---

No. 11-CIV-5988 (WHP)

~~[PROPOSED]~~ REVISED
SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/12

WILLIAM H. PAULEY III, District Judge:

Counsel for the parties, intervenors, and proposed intervenors having appeared for

a November 3, 2011 conference, the following is established on consent:

    (1)    This Court will supervise discovery in this action pending a ruling from the Court of Appeals for the Second Circuit;

    (2)    The parties shall exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) by November 17, 2011;

    (3)    Discovery, including third-party discovery, shall commence on November 17, 2011;

    (4)    Barring a showing of extraordinary need, no depositions may be taken until January 17, 2012;

    (5)    The parties shall disclose the identities of any experts under Fed. R. Civ. P. 26(a)(2) by March 17, 2012;

    (6)    All fact discovery shall be completed by April 17, 2012;

1

(7)    The parties shall serve any expert reports on issues for which that party bears the burden of proof by May 4, 2012;

(8)    The parties shall serve any responsive expert reports or expert reports for which a party does not bear the burden of proof by May 25, 2012;

(9)    The parties shall serve any rebuttal expert reports by June 1, 2012;

(l0)   All expert discovery shall be completed by July 13, 2012; and

(11)   This Court will hold a status conference on July 18, 2012 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated this 15th day of February, 2012

_____
The Honorable William H. Pauley III
United States District Court Judge

2