UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In the matter of the application of       :

THE BANK OF NEW YORK MELLON               :
(as trustee under various pooling and
servicing agreements and indenture trustee :
under various indentures), *et al.*,
                                           :
       Petitioners,              :   11 Civ. 5988 (WHP)

   -against-                             :   <u>ORDER</u>

WALNUT PLACE LLC, *et al.*,                :

       Intervenor-Respondents.
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Pursuant to the judgment of the United States Court of Appeals for the Second Circuit, entered as a mandate on March 2, 2012, this Court's Memorandum & Order docketed October 19, 2011 is vacated, and this matter is remanded to New York State Supreme Court, New York County. The Clerk of the Court is directed to mark this case closed.

Dated: March 2, 2012
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J

*All Counsel of Record*

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/2/12]